IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**ELIJAH LANE, Individually and on**                                        **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                              No. 5:20-cv-86-XR

**URBAN AIR PARK NORTH, LLC, and**                                   **DEFENDANTS**
**UATP MANAGEMENT, LLC**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Elijah Lane, individually and on behalf of all others similarly situated, hereby stipulates to the dismissal without prejudice of all of the Plaintiff's claims against Defendants Urban Air Park North, LLC, and UATP Management, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                                                                       Respectfully submitted,

                                                                       **ELIJAH LANE, Individually**
                                                                       **and on behalf of All Others**
                                                                       **Similarly Situated, PLAINTIFF**

                                                                       SANFORD LAW FIRM, PLLC
                                                                       One Financial Center
                                                                       650 South Shackleford, Suite 411
                                                                       Little Rock, Arkansas 72211
                                                                       Telephone: (501) 221-0088
                                                                       Facsimile: (888) 787-2040

                                                                       */s/ Josh Sanford*
                                                                       Josh Sanford
                                                                       Tex. Bar No. 24077858
                                                                       josh@sanfordlawfirm.com

Page 1 of 2
Elijah Lane, et al. v. Urban Air Park North, LLC, et al.
U.S.D.C. (W.D. Tex.) Case No. 5:20-cv-86-XR
Stipulation of Dismissal without Prejudice

**CERTIFICATE OF SERVICE**

    I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing STIPULATION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Stephanie S. Rojo, Esq.
srojo@thompsoncoe.com
Christopher K. Flowers, Esq.
cflowers@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS L.L.P.
701 Brazos Street, Suite 1500
Austin, Texas 78701
T: 512-708-8200
F: 512-708-8777

                                        /s/ Josh Sanford
                                        **Josh Sanford**

Page 2 of 2
Elijah Lane, et al. v. Urban Air Park North, LLC, et al.
U.S.D.C. (W.D. Tex.) Case No. 5:20-cv-86-XR
Stipulation of Dismissal without Prejudice